NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

JAN 30 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, | Nos. 13-17409 14-15054 |
| Petitioner-Appellee, | D.C. No. 2:12-cv-01747-LRH-CWH |
| v. | |
| LORI IRISH, | MEMORANDUM* |
| Respondent-Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted January 18, 2017**

Before:    TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

Lori Irish appeals pro se from the district court's order denying her motion

for release of seized funds in the National Labor Relations Board's ("NLRB")

action to satisfy a prior judgment entered against Irish.  We dismiss.

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

As both parties concede, the district court has not addressed all of the issues necessary to reach a final resolution in this action. Accordingly, we lack jurisdiction to review the district court's order because it was not final under 28 U.S.C. § 1291. *See Nat'l Distribution Agency v. Nationwide Mut. Ins. Co.*, 117 F.3d 432, 433 (9th Cir. 1997) ("A ruling is final for purposes of § 1291 if it (1) is a full adjudication of the issues, and (2) clearly evidences the judge's intention that it be the court's final act in the matter." (citation and internal quotation marks omitted)); *see also United States v. Lummi Indian Tribe*, 235 F.3d 443, 448 (9th Cir. 2000) ("A final decision is one that ends the litigation on the merits and leaves nothing for the court to do but execute the judgment. " (citations and internal quotation marks omitted)).

Irish's motion for the NLRB to supply a copy of her deposition is denied.

**DISMISSED.**

14-15054